

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/22/2017 01:30 PM

COURTROOM 300 North Hogan Street

HONORABLE JERRY FUNK

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:17-bk-02024-JAF | 13 | 05/31/2017 |

Chapter 13

**DEBTOR:** Timothy Bielling

**DEBTOR ATTY:** Keith Collier

**TRUSTEE:** Douglas Neway

**HEARING:**

1. Confirmation Hearing
2. Motion to Dismiss Case for Failure to File Documents under Sec 521(i). 2015 Tax Return Filed by Trustee Douglas W. Neway Doc #13

**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:**
1. Confirmation Hearing

  RESCHEDULED TO NOVEMBER 14 @ 1:30 AOCNFN

2. Motion to Dismiss Case for Failure to File Documents under Sec 521(i). 2015 Tax Return Filed by Trustee Douglas W. Neway Doc #13

  DENIED ORD/TRUSTEE

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.