## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

TIMOTHY JOHN BIELLING

_____ Debtor    /

CASE NO.: 3:17-bk-02024-JAF
Chapter 13

Estimated Time if a hearing is required: 5 Minutes

## CHAPTER 13 TRUSTEE'S OBJECTION TO CLAIM 2 OF PINGORA LOAN SERVICING LLC

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at United States Bankruptcy Court, 300 N. Hogan Street, Suite 3-150, Jacksonville, FL 32202 and serve a copy on Douglas W. Neway, Chapter 13 Trustee, P.O. Box 4308, Jacksonville, FL 32201-4308, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW DOUGLAS W. NEWAY, TRUSTEE, and files this Objection to Allowance of Claim number 2 as filed by the Creditor, pursuant to Bankruptcy Rule 3007 and states the following:

The proof of claim does not itemize the pre-petition attorney fees and/or costs being claimed and accordingly fails to set forth the creditor's claim with proper specificity, pursuant to F.R.B.P. Rule 3001(a) & (c). The Trustee specifically objects to: $5686.01 in legal fees and costs.

WHEREFORE the Trustee objects to Claim number 2 as filed by the Creditor and requests the claim be reduced by the amount of the unsupported costs for a total allowed pre-petition claim of $199,096.07.

/s/ Douglas W. Neway
DOUGLAS W. NEWAY, Trustee
Florida Bar No. 709948
Post Office Box 4308
Jacksonville, Florida  32201-4308
Phone: (904) 358-6465
Fax: (904) 634-0038

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was served by electronic transmission, facsimilie transmission, and/or U. S. Mail on this 13th day of October, 2017 to the following:

KEITH D COLLIER, ESQUIRE, LAW OFFICES OF KEITH D. COLLIER (JAX), 2350 PARK STREET  JACKSONVILLE, FL 32204
TIMOTHY JOHN BIELLING, 16302 CROAKER RD, JACKSONVILLE, FL 32226-4925
PINGORA LOAN SERVICING LLC C/O PHH MORTGAGE CORPORATION 1 MORTGAGE WAY, MAILSTOP: SV01 MT. LAUREL NJ 08054
PINGORA LOAN SERVICING LLC C/O PHH MORTGAGE CORPORATION 1 MORTGAGE WAY, MAILSTOP: SBRP MT. LAUREL NJ 08054
PHELAN HALLINAN DIAMOND & JONES PLLC, 2727 WEST CYPRESS CREEK ROAD FT. LAUDERDALE, FL 33309
PHH MORTGAGE CORPORATION C/O CORPORATION SERVICE COMPANY 1201 HAYS STREET TALLAHASSEE, FL 32301-2525

/s/ Douglas W. Neway